1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2

FILED

Apr 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00143 CRB |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 1040(a)(2) – Disaster Relief Fraud |
| CAESAR OSKAN, | |
| aka Sezer Ozkan | |
| Defendant. | |
| | SAN FRANCISCO |

INFORMATION

The United States Attorney charges:

COUNT ONE:   (18 U.S.C. § 1040(a)(2) – Disaster Relief Fraud)

On or about March 29, 2020, May 21, 2020, and on May 26, 2020, in the Northern District of California, the defendant

CAESAR OSKAN aka Sezer Ozkan

did knowingly make materially false and fraudulent statements to the Small Business Administration ("SBA") in multiple applications for Economic Injury Disaster Loans or Advances, which are benefits authorized, transported, transmitted, transferred, disbursed and paid in connection with the Presidential Disaster Declaration effective March 13, 2020, said disaster declaration having been made under the

1  Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §5191(b) (2) and said
2  benefit being money of the United States or any department or agency thereof.

DATED: __April 8, 2021_____                STEPHANIE M. HINDS
                                           Acting United States Attorney

                                           /s/ Maya Karwnde
                                           MAYA KARWANDE
                                           Assistant United States Attorney

INFORMATION                                2